IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PROGRESSIVE GULF INSURANCE                                                    PLAINTIFF

VS.                                                                           No. 1:04CV383-D-D

ALBERT NICKERSON d/b/a NICKERSON
TRUCKING, et al.                                                              DEFENDANTS

### ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the Defendants' motion to dismiss (docket entries 11, 13 and 14) is GRANTED;

(2)     the Plaintiff's claims shall be DISMISSED; and

(3)     this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 29th day of June 2005.


                                                /s/ Glen H. Davidson
                                                Chief Judge